1

2

3

4

5

6

7

8                         **UNITED STATES DISTRICT COURT**

9                         **EASTERN DISTRICT OF CALIFORNIA**

10

11  JOSEPH USUNUBU ALUYA,                    )    Case No.: 1:13-cv-01345-AWI-BAM
                                             )
12              Plaintiff,                    )    ORDER DIRECTING CLERK OF THE COURT TO
                                             )    REASSIGN ACTION TO THE HONORABLE
13        v.                                  )    JENNIFER L. THURSTON
                                             )
14  MANAGEMENT & TRAINING                     )
    CORPORATION, et al.,                      )
15                                            )    New Case Number:  **1:13-cv-01345-AWI-JLT**
                                             )
16              Defendants.                   )
                                             )
17  _____  )

18        Joseph Usunubu Aluya ("Plaintiff") is a federal prisoner proceeding with this civil rights action

19  pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971).  Plaintiff filed the Complaint

20  commencing this action on August 22, 2013.  (Doc. 1.)

21        The underlying facts and law giving rise to Plaintiff's claim in this action are largely similar to

22  the facts and law being litigated in case number 1:13-cv-000967-AWI-BAM, Nuwintore v. United

23  States, et al., which was filed in this court on June 25, 2013.  Both cases proceed against the same

24  defendant, Management & Training Corporation, and concern allegations that inmates were infected

25  with Valley Fever at Taft Correctional Institution.  In light of the similarities of the two cases, and in

26  the interest of judicial economy, the Court finds good cause to assign them to the same judges for

27  resolution.

28  ///

                                             1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. In place of Magistrate Judge Barbara A. McAuliffe, this case is referred to Magistrate Judge

3   Jennifer L. Thurston; and

4       2. The new case number for this action shall be 1:13-cv-001345-AWI-JLT, and all future

5   pleadings and/or correspondence must be so numbered, and the parties are advised that use of an

6   incorrect case number, including initials, may result in a delay of documents being processed and

7   correctly distributed and received by the appropriate judicial officer.

8   IT IS SO ORDERED.

9       Dated:   **August 30, 2013**          /s/ *Barbara A. McAuliffe*

10                                      UNITED STATES MAGISTRATE JUDGE