1  Ian Wallach, Esq. (CSB #237849)
   Jason K. Feldman, Esq. (CSB #213386)
2  **FELDMAN & WALLACH**
   606 Venice Boulevard, Suite C
3  Venice, California 90291
   Tel:    (310) 577-2001
4  Fax:    (310) 564-2004
   ian@feldmanwallach.com
5  jason@feldmanwallach.com

6  Raymond P. Boucher, Esq. (CSB #115364)
   Hermez Moreno, Esq.  (CSB #72009)
7  **KHORRAMI BOUCHER SUMNER SANGUINETTI, LLP**
   444 South Flower Street, 33rd Floor
8  Los Angeles, California 90071
   Telephone: (213) 596-6000
9  Facsimile:   (213) 596-6010
   rboucher@kbsslaw.com
10 hmoreno@kbsslaw.com

11 Attorneys for Plaintiff

12                     **UNITED STATES DISTRICT COURT**

13                      **EASTERN DISTRICT OF CALIFORNIA**

14
   
15 JOSEPH USUNUBU ALUYA,              | **CASE NO.: 1:13-CV-01345-AWI-JLT**

16              Plaintiff,             | **NOTICE OF ASSOCIATION OF COUNSEL**

17    vs.

18 MANAGEMENT & TRAINING
   CORPORATION; and JOHN DOES 1 through
19 9,

20              Defendants.

21 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22         PLEASE TAKE NOTICE that Jason Feldman and Ian Wallach, attorneys of

23 record for Plaintiff Demond Hammond, hereby associate the firm of KHORRAMI

24 BOUCHER SUMNER SANGUINETTI, LLP as co-counsel in the instant action, entitled

25 *Joseph Usunubu Aluya v. Management & Training Corporation, et al.*, United States

26 District Court, Case No. 1:13-CV-01345-AWI-JLT.  The name(s), business address, fax

27 number, and email address of the associated counsel are as follows:

28

---

**NOTICE OF ASSOCIATION OF COUNSEL**

1  Raymond P. Boucher, Esq.
   Hermez Moreno, Esq.
2  **KHORRAMI BOUCHER SUMNER SANGUINETTI, LLP**
   444 South Flower Street, 33rd Floor
3  Los Angeles, California 90071
   Telephone: (213) 596-6000
4  Facsimile:   (213) 596-6010
   rboucher@kbsslaw.com
5  hmoreno@kbsslaw.com

6
7  It is requested that all parties add KHORRAMI BOUCHER SUMNER
   SANGUINETTI, LLP to their service list in the above-referenced action.
8

9
   Dated: April 29, 2014                    **FELDMAN & WALLACH**
10

11                                          By: */s/ Ian Wallach*
                                               IAN WALLACH
12                                             JASON K. FELDMAN

13                                          *Attorneys for Plaintiff*

14

15     KHORRAMI BOUCHER SUMNER SANGUINETTI, LLP and attorneys Raymond
16  P. Boucher and Hermez Moreno hereby consent to the above association of counsel.

17

18  Dated: April 29, 2014                   **KHORRAMI BOUCHER SUMNER SANGUINETTI, LLP**
19

20                                          By: */s/ Raymond P. Boucher*
                                               RAYMOND P. BOUCHER
21                                             HERMEZ MORENO

22                                          *Attorneys for Plaintiffs*

23
24
25
26
27
28

**NOTICE OF ASSOCIATION OF COUNSEL**

## **CERTIFICATION**

I, Raymond P. Boucher, am the registered CM/ECF User whose ID and password are being used to file this Association of Counsel in compliance with Eastern District of California Local Rule 182.  I hereby and attest and certify that all other signatories listed on this document, on whose behalf this filing is submitted to the Court, concur in the filing's content and authorized filing.

Dated: April 29, 2014               **KHORRAMI BOUCHER SUMNER SANGUINETTI, LLP**

By: */s/ Raymond P. Boucher*
RAYMOND P. BOUCHER
HERMEZ MORENO

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 29, 2014.

DATED: April 29, 2014                    Respectfully Submitted,

**KHORRAMI BOUCHER
SUMNER SANGUINETTI, LLP**


By:        */s/ Raymond P. Boucher*
           Raymond P. Boucher
            *rboucher@kbsslaw.com*
           444 S. Flower Street – 33rd Floor
           Los Angeles, California  90071
           Tel.: (213) 596-6000
           Fax: (213) 596-6010

CERTIFICATE OF SERVICE