UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH USUNUBU ALUYA,<br><br>Plaintiff,<br><br>v.<br><br>MANAGEMENT& TRAINING COPORATION, AND JOHN DOES 1-9,<br><br>Defendants. | Case No.  1:13-cv-01345 AWI JLT<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>(Doc. 31) |

GOOD CAUSE APPEARING, and based on stipulation of the parties;

IT IS HEREBY ORDERED that the settlement conference set for August 26, 2014, shall be continued to November 20, 2014 at 1:30 p.m.

IT IS SO ORDERED.

Dated:  **August 5, 2014**                               **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE