1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11    JOSEPH USUNUBU ALUYA,,                    CASE NO. 1:13-CV-01345 AWI-JLT

12              Plaintiff,                       ORDER GRANTING PLAINTIFF'S
                                                 REQUEST FOR TELEPHONIC
13         v.                                    APPEARANCE

14    MANAGEMENT & TRAINING                      (Doc. 34)
      CORPORATION, AND JOHN DOES 1 – 9,
15
              Defendants.
16

17         The Court, having considered Plaintiff's request, hereby **GRANTS** Plaintiff Joseph

18   Aluya's Request to Appear Telephonically at the November 20, 2014 Settlement Conference.  It

19   SHALL be the responsibility of Plaintiff and his counsel to arrange the telephonic contact and

20   counsel are obligated to use their own telephones for this purpose.

21
     IT IS SO ORDERED.
22

23      Dated:   **November 17, 2014**              **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28