IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH USUNUBU ALUYA,<br><br>Plaintiff,<br><br>vs.<br><br>MANAGEMENT & TRAINING CORPORATION, and DOES 1-9,<br><br>Defendants. | 1:13-cv-01345-AWI-JLT<br><br>ORDER GRANTING STIPULATED LEAVE TO FILE SUR-REPLY<br><br>Doc. # 59 |

On June 4, 2015, the Parties in this action filed a joint stipulation for an order permitting plaintiff Joseph Usunuba Aluya ("Plaintiff") to file a sur-reply to the reply of Defendant Management & Training Corp. ("Defendant") to Plaintiff's Opposition to Defendant's motion for summary judgment.  In light of the Parties' stipulation, the court hereby GRANTS Plaintiff's request for leave to file a sur-reply.  Such sur-reply shall be filed and served not later than seven (7) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   June 17, 2015                                                    /s/ _____
                                                                                          SENIOR DISTRICT JUDGE